AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Middle        District of     Tennessee

Tennessee Walking Horse Breeders' and
Exhibitors' Association

V.

**SUMMONS IN A CIVIL CASE**

National Walking Horse Association

CASE NUMBER: 1 05 0088

**JUDGE CAMPBELL**

TO: (Name and address of Defendant)

     Margie L. Rhodes
     National Walking Horse Association
     6917 Guy-Johnson Lane
     Raleigh, North Carolina 27603

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

     Stephen J. Zralek
     Natalya L. Rose
     BONE MCALLESTER NORTON PLLC
     511 Union Street, Suite 1600
     Nashville, Tennessee 37219

an answer to the complaint which is served on you with this summons, within   20   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

KEITH THROCKMORTON            DEC 0 2 2005

CLERK    *Angie Brewer*           DATE

(By) DEPUTY CLERK

**RETURN COPY**

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE December 8, 2005 |
| NAME OF SERVER (PRINT) Natalya L. Rose, Esq. | TITLE Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served via certified mail in accordance with Federal Rules of Civil Procedure 4.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES Certified return receipt mail $6.95 | TOTAL $6.95 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/12/05
                Date

*Signature of Server*  Natalya L. Rose
Bone McAllester Norton PLLC
511 Union Street, Suite 1600
Nashville, TN  37219

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Case 1:05-cv-00088    Document 4    Filed 12/13/2005    Page 2 of 3

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Margie M Rhodes_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 12.8.05 |
| 1. Article Addressed to:<br><br>Margie L. Rhodes<br>National Walking Horse Assoc.<br>6917 Guy-Johnson Lane<br>Raleigh, NC 27603 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 0500 0002 8098 4763 |

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540