IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| TENNESSEE WALKING HORSE ) <br> BREEDERS' AND EXHIBITORS' ) <br> ASSOCIATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NATIONAL WALKING HORSE ) <br> ASSOCIATION, ) <br> ) <br> Defendant. ) | No. 1:05-0088 <br> JUDGE CAMPBELL <br> MAGISTRATE KNOWLES |

## AGREED ORDER REGARDING ELECTRONIC DISCOVERY
## OF NWHA WITNESSES

The parties, Plaintiff Tennessee Walking Horse Breeders' and Exhibitors' Association ("TWHBEA") and Defendant National Walking Horse Association ("NWHA"), have filed a joint motion regarding the parameters of the following Order. Accordingly, the Court ORDERS as follows, regarding the electronic discovery that TWHBEA plans to take of NWHA witnesses:

Any discovery of electronically stored information that TWHBEA takes of NWHA witnesses shall be done with sensitivity toward NWHA's potentially privileged and/or work product protected information. TWHBEA's forensic expert will be explicitly instructed to not provide TWHBEA's counsel or anyone else acting in concert with TWHBEA anything that is privileged or work product, and to not provide TWHBEA's counsel with a copy of any privileged information in his report to TWHBEA's counsel. NWHA will provide TWHBEA a list of its counsel's email addresses, and TWHBEA's forensic expert will be instructed to not provide a copy of any emails to/from those addresses in the expert report to TWHBEA's counsel. TWHBEA's forensic expert has an affirmative duty to certify under oath and in writing that he/she has complied with the terms

{00155366.1}

of this Order. TWHBEA also agrees to not use any electronically stored information personal to NWHA witnesses in this litigation.

In the event TWHBEA's counsel inadvertently discovers privileged or work product information belonging to NWHA or its counsel, TWHBEA's counsel is under an affirmative duty to disclose such inadvertent discovery within 2 business days of the discovery and, within the same time, permanently remove such information from its possession (through deletion or similar destruction), and to certify the same in writing.

It is so ORDERED.

Entered this the ____ day of _____, 2006.

_____
MAGISTRATE JUDGE KNOWLES

APPROVED FOR ENTRY:

/s/ Stephen J. Zralek
Stephen J. Zralek (BPR No. 18971)
Natalya L. Rose (BPR No. 21701)
**BONE McALLESTER NORTON PLLC**
511 Union Street, Suite 1600
Nashville, TN 37219
(615) 238-6300 – phone
(615) 238-6301 -- fax
szralek@bonelaw.com
nrose@bonelaw.com
*Counsel for Tennessee Walking Horse Breeders' and Exhibitors' Association*

and

{00155366.1}

2