IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
IN NASHVILLE

| | |
|---|---|
| TENNESSEE WALKING HORSE ) <br> BREEDERS' AND EXHIBITORS' ) <br> ASSOCIATION, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NATIONAL WALKING HORSE ) <br> ASSOCIATION, ) <br> ) <br>     Defendant. ) | No. 1:05-0088 <br> Judge Campbell <br> Magistrate Judge Knowles |

**PLAINTIFF'S STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff, Tennessee Walking Horse Breeders' and Exhibitors' Association ("Plaintiff" or "TWHBEA," pronounced "Twee-Bah"), submits this Statement of Undisputed Material Facts in support of its Motion for Partial Summary Judgment, pursuant to Local Rule 56.01(b).[1]

TWHBEA & Its Registry of Tennessee Walking Horse Ancestry

1. In 1935, Plaintiff created and established a registry to record the pedigrees of Tennessee Walking Horses ("the TWHBEA Registry").[2]

**RESPONSE:**

---

[1] All documents referenced with the prefix "TWH/NWH" have been previously produced by TWHBEA in response to NWHA's Requests for Production or in initial disclosures. All documents referenced with the prefix "NWHA" were produced by NWHA in response to TWHBEA' Requests for Production.

[2] Complaint ¶ 14; Brandon dep. at 8-12; TWH/NWH 4928-4931 (Constitution & Bylaws, reflecting first meeting of TWHBEA held on April 27, 1935 "to collect, record, and preserve the pedigrees of walking horses, and the publication of a Register or Stud Book . . . and such other matters pertaining to the breeding, exhibiting and sale of walking horses . . . ." (specific reference from TWH/NWH 4931)); Deposition of TWHBEA's 30(b)(6) witness, Jerrold Pedigo[2] ("Pedigo 30(b)(6)") at 16-17, 25.

{00175244.4}

2. The TWHBEA Registry contains over 70 years' worth of unbroken ancestral lineage records for Tennessee Walking Horses. TWHBEA maintains in its possession the pedigree of every horse registered with us since 1935, and keeps these in two fireproof vaults. Every single horse that is registered with TWHBEA has its Registration Certificate on file with TWHBEA, showing an unbroken chain since TWHBEA's founding in 1935.[3]

**RESPONSE:**



3. As of November 13, 2006, TWHBEA had approximately 430,000 horses in its Registry,[4] giving it a market share of 98% of registered Tennessee Walking Horses.[5]

**RESPONSE:**



Evolution of TWHBEA Selection Criteria

4. TWHBEA issues ownership and pedigree certificates based on a horse's satisfaction of the selection criteria, including establishment that the horse is a pure-bred Tennessee Walking Horse ("TWHBEA Registry Certificates").[6]

**RESPONSE:**

---

[3] Declaration of Sharon Brandon at ¶ 3 (Brandon is the Secretary/Treasurer of TWHBEA, who has worked there since August 1962); see generally Brandon dep. at 66.
[4] Brandon decl. at ¶ 4.
[5] Declaration of Glenn Perdue, one of TWHBEA's experts, at ¶ 9.
[6] Brandon dep. at 10.

{00175244.4}

5. The original Constitution and Bylaws of TWHBEA, adopted in 1935, set forth rules that govern eligibility for registration in the TWHBEA Registry (TWH/NWH 4928-4937 (Art. XIV)), and the 1938 Registry included specific criteria for inclusion, including specific colors, markings on the legs, body, head, mane and tail.[7]

**RESPONSE:**

6. Over time, TWHBEA's selection criteria have evolved. For example, in 1974, TWHBEA researched and discussed the use of photographs of the horses' night eyes, or chestnuts for purposes of positive identification and including the photographs in the application for registration.[8]

**RESPONSE:**

7. TWHBEA's chart of colors and markings from 1999 includes some different color selections from the 1990 chart, and the 2006 chart includes different colors from the 1999 chart, even still.[9]

**RESPONSE:**

---

[7] TWH/NWH 4962-63.
[8] TWH/NWH 2267 and 2275.
[9] See Brandon decl. at ¶¶ 7-8, attaching summary of color charts; TWH/NWH 6472-6488 (1990 color chart); TWH/NWH 6489-6504 (mid-90s color chart); TWH/NWH 6505-6520 (2006 color chart).

{00175244.4}

3

TWHBEA's Copyrights & Registration of its Copyrights

8. TWHBEA has registered its copyright in the TWHBEA Registry with the United States Copyright Office ("the Copyright Office").[10]

**RESPONSE:**

9. TWHBEA's copyright notice has appeared on its Applications for Registration continuously since 1979.[11]

**RESPONSE:**

10. TWHBEA's copyright notice has appeared in its rule books continuously since before 1994.[12]

**RESPONSE:**

---

[10] Complaint & Answer ¶ 21 (Registration Numbers TXu-67-928, TXu-91-028, TXu-131-889, TXu-155-041, TXu-200-340, TXu-231-014, TXu-231-016, TXu-272-088, TXu272-518, TXu-316-329, TXu-372-371 and TXu-470-460) (copies of the certificates of which are attached at Exhibit A to the Complaint); TWH/NWH 0081-0082 (Registration Number TX 6-295-177).
[11] TWH/NWH 5913-5914, 6014-6034 and 6046-6052.
[12] See Rule 16 of undated Bylaws and Rules (TWH/NWH 5872-5883); Rule 18 of 1994 revision (TWH/NWH 0736-0749); Rule 19 of 1998 revision (TWH/NWH 5884-5893); Rule 19 of 2000 revision (TWH/NWH 5894-5902); Rule 19 of 2003 revision (TWH/NWH 5903-5912); and Rule 19 of 2005 revision (TWH/NWH 0680-0691).

{00175244.4}

TWHBEA's Trademarks & Registration of the TWHBEA Design Mark

11. Since as early as June 1974, TWHBEA has continuously and exclusively used the service-mark TENNESSEE WALKING HORSE BREEDERS' AND EXHIBITORS' ASSOCIATION in interstate commerce, in connection with maintenance of the TWHBEA Registry, sporting events and competitions for the Tennessee Walking Horse, and informational services, printed materials and publications in the field of the Tennessee Walking Horse.[13]

**RESPONSE:**


12. Since as early as May 30, 1992, TWHBEA has continuously and exclusively used the service-mark TWHBEA in interstate commerce, in connection with maintenance of the TWHBEA Registry, sporting events and competitions for the Tennessee Walking Horse, and informational services, printed materials and publications in the field of the Tennessee Walking Horse.[14]

**RESPONSE:**


13. Since as early as May 30, 1992, TWHBEA has continuously and exclusively used the service-mark TWHBEA and Design ("the TWHBEA Design Mark") in interstate commerce, in connection with maintenance of the TWHBEA Registry, sporting events and competitions for

---

[13] Brandon decl. at ¶ 9.
[14] Brandon decl. at ¶ 10.

{00175244.4}

5
Case 1:05-cv-00088　　Document 26　　Filed 11/15/2006　　Page 5 of 14

the Tennessee Walking Horse, and informational services, printed materials and publications in the field of the Tennessee Walking Horse. A drawing of this service-mark is attached hereto as Exhibit 1.[15]

**RESPONSE:**

14. Since as early as July 1, 2002, TWHBEA has continuously and exclusively used the service-marks (a) TENNESSEE WALKING HORSE BREEDERS' AND EXHIBITORS' ASSOCIATION, (b) TWHBEA, and (c) the TWHBEA Design Mark (collectively "the TWHBEA Marks") in interstate commerce in connection with on-line informational services, computerized communications services and on-line retail store services in the field of the Tennessee Walking Horse.[16]

**RESPONSE:**

15. The United States Patent and Trademark Office issued registration of the TWHBEA Design Mark, in connection with maintenance of the TWHBEA Registry, on January 31, 1995.[17]

**RESPONSE:**

---

[15] Brandon decl. at ¶ 11.
[16] Brandon decl. at ¶ 12.
[17] Complaint & Answer ¶ 32 (Registration Number 1,876,853).

{00175244.4}

NWHA Established a Registry

16. When founded in 1998, NWHA did not possess a database of pedigrees of the Tennessee Walking Horse.[18]

**RESPONSE:**

17. NWHA established a registry that provides ancestral lineage information of Tennessee Walking Horses ("the NWHA Registry")[19], and from which NWHA issues certificates of pedigree and ownership registration for Tennessee Walking Horses ("the NWHA Certificates").[20]

**RESPONSE:**

18. NWHA launched the NWHA Registry on its website <www.nwha.com> ("the NWHA Website") in approximately July 2004.[21]

**RESPONSE:**

---

[18] Complaint & Answer ¶¶ 36 & 45.
[19] Complaint & Answer ¶¶ 46-47.
[20] Complaint & Answer ¶ 48.
[21] Deposition of Debbie Nuding (NWHA's Registry database administrator) at 8.

{00175244.4}

19.     As of July 21, 2006, NWHA had received 164 applications from owners to register their horse(s) with NWHA, 158 (or 96%) of which attached a TWHBEA Registry Certificate to their NWHA application.[22]

**RESPONSE:**


20.     Separately, as of August 22, 2006, the NWHA online database at <www.nwha.com/search.html> ("NWHA Website") included 5,788 entries, 5,014 (or 87%) of which are TWHBEA-registered horses.[23]

**RESPONSE:**


<u>NWHA Encouraged the Public to Submit TWHBEA Registry Certificates when Applying with NWHA</u>

21.     From the time NWHA first launched the Registry on the NWHA Website in July 2004 through December 25, 2005, it encouraged the public to submit TWHBEA registration papers when applying to register with NWHA.[24]

**RESPONSE:**

---

[22] Perdue decl. at ¶ 4; NWHA 0353-1382 (copies of the164 NWHA Registry Certificates that NWHA produced in response to TWHBEA's Second Req. for Prod. No. 15, along with each corresponding application, 158 of which attached a TWHBEA Registry Certificate; *the only ones of which are reproduced here are those attached to Ex. 2*).

[23] Perdue Decl. at ¶ 5.

[24] Deposition of Don Bell at 68 (Don Bell served as NWHA's 30(b)(6) representative, per Bell dep. at 27); Nuding dep. at 9-10; <u>see also</u> Complaint & Answer ¶ 51. Copies of the representative pages of the NWHA Website are attached to the Complaint at Exhibit E.

22. From July 2004 through December 25, 2005, the NWHA Website stated[25]:

   A. "NWHA is now accepting Tennessee Walking Horse Breeders and Exhibitors Association (TWHBEA) . . . registered Walking Horses with current registration papers for registration with NWHA."[26]

   B. "Blood typing and parentage verification on horses that are currently registered with TWHBEA . . . will be accepted."

   C. "A code will be added to every horse that is registered with [NWHA] that will denote how each horse entered the registry (example: TWHBEA horses will carry the letter "T")."[27]

   D. "Be sure to send copies of both sides of TWHBEA . . . registration certificates with application to register with NWHA."

   E. "Copies of TWHBEA or CRTWH registration papers MUST accompany registration."[28]

**RESPONSE:**


23. From July 2004 through December 25, 2005, the NWHA Website included no disclaimer explaining that TWHBEA did not endorse or condone NWHA's use of TWHBEA's trademarks.[29]

**RESPONSE:**

---

[25] Ex. E to Complaint (Doc. 1-6) (Printout from NWHA Website, dated 11/29/05).
[26] Nuding dep. at 39.
[27] Nuding dep. at 40.
[28] Nuding dep. at 42 (emphasis in original).
[29] Ex. E to Complaint (Doc. 1-6) (Printout from NWHA Website, dated 11/29/05).

24. NWHA has never asked TWHBEA for permission to use the TWHBEA Marks or the TWHBEA Registry.[30]

**RESPONSE:**

NWHA Later Removed references to TWHBEA, But Continues to Accept TWHBEA Registry Certificates

25. TWHBEA filed this suit against NWHA on December 2, 2006.[31]

**RESPONSE:**

26. On approximately December 26, 2005, NWHA eventually removed all references to TWHBEA from the NWHA Website, and added a disclaimer.[32]

**RESPONSE:**

27. NWHA continues to accept TWHBEA Registry Certificates[33], and has no intention to stop doing so.[34]

**RESPONSE:**

---

[30] Bell dep. at 120.
[31] Complaint.
[32] Bell Dep. at 68-71; Dep. Ex. 18.
[33] Bell dep. at 71, 118; Nuding dep. at 56-58.
[34] Bell dep. at 79.

{00175244.4}

## NWHA Uses TWHBEA Registration Certificates to Obtain Information for its own Registry

28. NWHA's application for registration contains no space to list a horse's pedigree.[35]

**RESPONSE:**

29. The sole source from which NWHA obtains a horse's pedigree is from the certificate of TWHBEA or the Canadian registry, unless that horse's pedigree is contained in the canned software that NWHA purchased for $100.[36]

**RESPONSE:**

30. The NWHA Registry has copied and denoted unique designations that TWHBEA has historically assigned to its horses, such as "F-38," which designates a horse was the 38th foundation horse in the TWHBEA Registry.[37]

**RESPONSE:**

31. After Glo's NWHA application listed these markings: Blaze lower lip, sock left hind leg, fetlock right hind leg."[38] But After Glo's TWHBEA Registry Certificate[39] stated:

---

[35] Bell dep. at 111.
[36] Bell dep. at 111-13; Bell dep. at 81 (explaining that NWHA voted to accept pedigree certificates from only two registries: TWHBEA and the Canadian registry).
[37] Brandon Decl. at ¶ 6; Compare TWHBEA original Registry (TWH/NWH 4953-4963), with Pedigree of Hals Happy Spirit NWHA Tracking Registry # 19890003, printed off the NWHA Registry on May 16, 2006 (Dep. Ex. 30; TWH/NWH 0866-0868), where page 0867's top right corner shows Roan Allen as an ancestor of Hals Happy Spirit, and bears the designation "F-38."

{00175244.4}

11
Case 1:05-cv-00088   Document 26   Filed 11/15/2006   Page 11 of 14

"Near hind sock, off hind fetlock, lower lip, blaze" – which is exactly what NWHA copied onto the NWHA Registry Certificate[40] that it issued for that horse.  +

**RESPONSE:**


32.     Son's Suede Karma's NWHA application listed these markings: "Bald face, sock, mix flax."[41]  Its TWHBEA Registry Certificate,[42] however, listed these markings: "Four stockings, bald, flax mane, white tail" – which is exactly what appeared on the NWHA Registry Certificate[43] when it was eventually issued.

**RESPONSE:**


33.     At least three individuals contacted NWHA to ask that their horses be removed from the NWHA Registry.[44]

**RESPONSE:**


Majority of NWHA Directors were previously TWHBEA Directors

34.     Twelve of 16 of NWHA's founding directors were also sitting directors of TWHBEA.[45]

**RESPONSE:**

---

[38] NWHA 0354-55.
[39] NWHA 0356.
[40] NWHA 0353.
[41] NWHA 1206-07.
[42] NWHA 1208.
[43] NWHA 1204.
[44] Nuding dep. 61-62, 64; TWH/NWH 0001.
[45] TWH/NWH 4100-01 (TWHBEA Executive Committee minutes from Oct. 26, 1998).

{00175244.4}

35. Approximately all NWHA board members are current or former members of TWHBEA.[46]

**RESPONSE:**

TWHBEA Registration Certificates Offer Quality Assurance in the Marketplace

36. NWHA only requires DNA testing for those horses applying for NWHA-registration that have never been registered with TWHBEA or the Canadian registry.[47]

**RESPONSE:**

37. Many NWHA members continued to register their horses with TWHBEA even after NWHA launched its own registry.[48]

**RESPONSE:**

No Laches

38. TWHBEA first learned of NWHA's infringing conduct in the spring of 2005[49].

**RESPONSE:**

---

[46] Bell dep. at 173.
[47] Bell dep. at 179; Nuding dep. at 30.
[48] See deposition of Ken DeHaven at 10 (explaining that he continued to register his horses with TWHBEA even after NWHA was formed because "we have a lot of people out there who if you want to sell horses, you know, they think they have to be registered with [TWHBEA]"). Ken DeHaven was president of the NWHA board at the time of his deposition, per DeHaven dep. at 6.
[49] Deposition of Jerrold Pedigo in his non-30(b)(6) capacity at 10-13; TWHBEA's Ans. to First Set of Interrog. No. 5 (noting date as between March and May 2005).

{00175244.4}

Respectfully submitted,

BONE MCALLESTER NORTON, PLLC

By: /s/ Stephen J. Zralek
_____
Stephen J. Zralek (B.P.R. No. 18971)
Natalya L. Rose (B.P.R. No. 21701)
**BONE MCALLESTER NORTON PLLC**
511 Union Street, Suite 1600
Nashville, Tennessee 37219
Telephone: (615) 238-6300
Facsimile: (615) 238-6301
szralek@bonelaw.com
nrose@bonelaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing has been served, via ECF, on this 15th day of November, 2006, on:

    Bruce H. Phillips, Esq.
    11 Music Circle South, Suite 202
    Nashville, TN 37203

    and

    Thomas C. Corts, Esq.
    Deron Brown, Esq.
    200 Fourth Avenue, North, Third Floor
    Nashville, TN 37219

*Counsel for Defendant*

/s/ Stephen J. Zralek
_____