IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| TENNESSEE WALKING HORSE ) <br> BREEDERS' AND EXHIBITORS' ) <br> ASSOCIATION ) <br> ) <br> v. ) <br> ) <br> NATIONAL WALKING HORSE ) <br> ASSOCIATION ) | No. 1:05-0088 <br> JUDGE CAMPBELL |

ORDER

Pending before the Court is Plaintiff's Motion for Partial Summary Judgment (Docket No. 24) and Motion for Summary Judgment of Defendant, National Walking Horse Association (Docket No. 30). For the reasons stated in the accompanying Memorandum, Plaintiff's Motion for Partial Summary Judgment (Docket No. 24) is GRANTED in part, DENIED in part and MOOT in part. Defendant's Motion for Summary Judgment (Docket No. 30) is DENIED.

Also pending before the Court is National Walking Horse Association's Motion for Oral Argument on its Motion for Summary Judgment (Docket No. 27). The Motion (Docket No. 27) is DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE